IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>PAUL E. JIPP,<br><br>                       Defendant. | 8:16CR325<br><br>ORDER |

This matter is before the court on Defendant's Motion to Extend Pretrial Motion Deadline. (Filing No. 28.) Defendant seeks an additional four weeks in which to file pretrial motions in accordance with the progression order. Defendant's counsel represents that Defendant will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable for the purposes of the Speedy Trial Act. Defendant's counsel represents that the government's counsel has no objection to the motion. For good cause shown, I find that the motion should be granted. Pretrial motions shall be filed by February 8, 2017.

**IT IS ORDERED:**

1. Defendant's Motion to Extend Pretrial Motion Deadline (Filing No. 28) is granted. Pretrial motions shall be filed on or before February 8, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and Defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between January 9, 2017 and February 8, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason Defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 9th day of January, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge